PEOPLE ex rel. SINGER MANUF'G CO. v. WEMPLE, Comptroller. (No. 3.)

(Supreme Court, General Term, Third Department. May 8, 1894.)

Certiorari by the Singer Manufacturing Company, a foreign corporation, to review an assessment of taxes made by Edward Wemple, comptroller of the city of New York, under the law of the year ending November 1, 1890. Reversed.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

Lowry, Stone & Auerbach (Julien T. Davies and Wm. A. Poste, of counsel), for relator.

T. E. Hancock, Atty. Gen. (John W. Hogan, Dep. Atty. Gen., of counsel), for respondent.

PUTNAM, J. I think the determination of the comptroller should be reversed, with the usual costs, for the reasons stated in opinion in case between the same parties, and standing as No. 2 on the calendar. 29 N. Y. Supp. 92.

HERRICK, J., concurs.

MAYHAM, P. J. (dissenting). This case does not differ essentially from one of the same title argued with this, and standing as No. 2 on the calendar (29 N. Y. Supp. 92), which has been considered and disposed of at this term, and consequently no opinion is required herein. The determination of the comptroller is confirmed, with $50 costs and printing disbursements in favor of the respondent.